UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br><br>  v.<br><br>MIRACLE MILE PLAZA, et al.,<br><br>    Defendants. | Case No. 19-cv-07224-WHO<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff is ORDERED TO SHOW CAUSE by **February 9, 2021** and inform the Court whether this case has been settled and can be dismissed or, if not, why this case should not be dismissed for failure to prosecute and comply with the General Order 56 Inspection and Mediation Deadlines. Failure to respond by **February 9, 2021** will result in this case being dismissed for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: January 26, 2021



William H. Orrick
United States District Judge